# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BARRY C. HIGGINBOTHAM,** ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Case No. 2:25-cv-1995-ACA |
| ] | |
| **JEFFERSON COUNTY,** ] | |
| **ALABAMA, et al.** ] | |
| ] | |
| Defendants. ] | |

## MEMORANDUM OPINION

Plaintiff Barry C. Higginbotham failed to file a response to the magistrate judge's order to show cause why the court should not dismiss this action for failure to state a claim. (*See* docs. 4, 5). The court provided Mr. Higginbotham with one more opportunity to show cause why the court should not dismiss the action. (Doc. 7). The deadline to respond to that order has passed without a response. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute and to comply with a court order. *See* Fed. R. Civ. P. 41(b).

**DONE** and **ORDERED** this January 30, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE